Dismissed and Memorandum Opinion filed July 13, 2006








Dismissed
and Memorandum Opinion filed July 13, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00591-CR

____________

 

HASSAN ALI PETOUHESH,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from County Criminal
Court at Law No. 4

Harris County, Texas

Trial Court Cause No. 1060281

 



 

M E M O R A N D U M   O P I N I O N

After a
jury trial, appellant was convicted of the offense of driving while
intoxicated  and sentenced to 90 days in the Harris County Jail on November 2,
2001. No timely motion for new trial was filed.  Appellant=s notice of appeal was not filed
until June 22, 2006.








A
defendant=s notice of appeal must be filed within thirty days after sentence is
imposed when the defendant has not filed a motion for new trial.  See Tex. R. App. P. 26.2(a)(1).  A notice
of appeal which complies with the requirements of Rule 26 is essential to vest
the court of appeals with jurisdiction.  Slaton v. State, 981 S.W.2d
208, 210 (Tex. Crim. App. 1998).  If an appeal is not timely perfected, a court
of appeals does not obtain jurisdiction to address the merits of the appeal. 
Under those circumstances it can take no action other than to dismiss the
appeal.  Id.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed July
13, 2006.

Panel consists of Justices Hudson, Fowler, and
Seymore.

Do Not Publish C Tex. R. App. P.
47.2(b).